UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

PNC BANK, National Association, as
successor-in-interest to RBC BANK
(USA), as successor-in-interest to
COMMUNITY BANK OF NAPLES,
N.A., a national banking association,

    Plaintiff,

v.                                        Case No. 2:13-cv-289-FtM-29UAM

BONTA FARMS, INC., a Florida
corporation; and DONALD L. ARNOLD,

    Defendants.
_____ /

## AMENDED COMPLAINT

Plaintiff, PNC BANK, National Association, as successor-in-interest to RBC BANK (USA), as successor-in-interest to COMMUNITY BANK OF NAPLES, N.A., a national banking association ("PNC" or "Plaintiff"), sues Defendants BONTA FARMS, INC., and DONALD L. ARNOLD and states:

## JURISDICTION, PARTIES AND VENUE

1.    Pursuant to Count I of this Amended Complaint, this is an action to foreclose a mortgage on property located in Collier County, Florida; Count II of this Amended Complaint is an action for damages that exceeds $75,000 based on a breach of a written guaranty agreement; and Count III of this Amended Complaint is an action for damages exceeding $75,000 based on breach of a promissory note.

2.    This Court has jurisdiction of this action pursuant to 28 U.S.C. § 1332, as the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs, and this action is between citizens of different states. Venue is proper pursuant to 28 U.S.C. § 1391.

3. Plaintiff, PNC Bank, National Association is a national bank chartered under the laws of the United States, with its home office (main office), as set forth in its Articles of Association, located in the State of Delaware. The principal place of business (headquarters) of PNC Bank, National Association is the Commonwealth of Pennsylvania.

4. Defendant, BONTA FARMS, INC. ("Bonta Farms"), is a Florida corporation, with its principal place of business in Florida.

5. Defendant, DONALD L. ARNOLD ("Donald Arnold"), is a citizen of the United States domiciled in Florida, and is, and was at all times material hereto, *sui juris*.

## THE LOAN, LOAN DOCUMENTS AND PROPERTY

6. On June 15, 2006, Community Bank of Naples, N.A. ("Community Bank of Naples") made a loan in the principal amount of $506,528.83 to Bonta Farms to finance commercial property in Naples, Florida (the "Loan") and Bonta Farms executed and delivered a Renewal Promissory Note (the "Renewal Note") in the principal amount of $506,528.83 to Community Bank of Naples, a copy of which is attached as Exhibit "A."

7. To secure repayment of the Renewal Note, Defendant Bonta Farms executed and delivered to Community Bank of Naples a Mortgage, Security Agreement and Assignment of Rents dated December 17, 1997 (the "Mortgage"), which was recorded on December 19, 1997 in Official Records Book 2372, Page 3068 of the Public Records of Collier County, Florida and mortgaged the property described in it, then owned by and in the possession of the mortgagor. A copy of the Mortgage is attached hereto as Exhibit "B."

8. The Renewal Note and Mortgage described in the preceding two paragraphs have been amended and modified by the following:

(i) Assignment of Rents, Leases, Profits, and Contracts dated December 17, 1997, and recorded December 19, 1997 in Official Record Book 2372, Page 3084 of the Public Records of Collier County, Florida, a copy of which is attached hereto as

28038077.2          2

Exhibit "C"; and

(ii)    Receipt for Future Advances dated June 15, 2001, and recorded June 27, 2001 in Official Records Book 2849, Page 1327, of the Public Records of Collier County, Florida, a copy of which is attached hereto as Exhibit "D."

The Renewal Note and Mortgage described in paragraphs 6 and 7 above, as modified and supplemented by the loan documents set forth in (i) through (ii) above are hereinafter referred to as the "Note and Mortgage."

9.    The property subject to the lien of the Mortgage sought to be foreclosed in this action is an office condominium located in Naples, Collier County, Florida, which property is more fully described in the Notice of Lis Pendens filed in this action and is hereinafter referred to as the "Property."

10.    The Property is presently owned by Defendant, Bonta Farms.

## COUNT I
## ACTION TO FORECLOSE MORTGAGE

11.    This is an action to foreclose the Mortgage on the Property in Collier County, Florida.

12.    The Property subject to the lien of the Mortgage sought to be foreclosed herein is fully described in the Notice of Lis Pendens filed on April 16, 2013.

13.    The allegations of paragraphs 1 through 10 are realleged and incorporated by reference herein.

14.    Pursuant to the terms of the Note and Mortgage, Defendant Bonta Farms defaulted on the Note and Mortgage by failing to pay the full amount due on the Note on May 18, 2012, which was the maturity date of the Note.

15.    The Note and Mortgage have remained in default since June 15, 2011.

16. Plaintiff PNC, as successor-in-interest by merger to RBC BANK (USA) ("RBC") which was the successor-in-interest to Community Bank of Naples, is the owner and holder of the Note and Mortgage. Specifically, on April 11, 2008, RBC acquired the assets of Community Bank of Naples including, but not limited to, the Note, Mortgage and Guaranties at issue in this Amended Complaint, and Community Bank of Naples was merged into RBC as reflected by RBC's filings with the Securities & Exchange Commission. Subsequently, on March 2, 2012, RBC was merged into PNC, and PNC is now the owner and holder of the Note, Mortgage and Guaranties at issue, as evidenced by PNC's filings with the Securities & Exchange Commission. In short, PNC acquired the assets of RBC as of March 2, 2012 including, but not limited to, the Note, Mortgage and Guaranties described in this Amended Complaint; presently, PNC owns and holds the Note, Mortgage and Guaranties at issue.

17. Pursuant to the terms of the Note and Mortgage, Defendant, Bonta Farms, owes Plaintiff $449,450.60 that is due in principal on the Note and Mortgage, accrued and unpaid interest at the rate of 7.125% per annum provided for in the Renewal Note, attorney's fees, title search costs and other monies.

18. By reason of the aforesaid defaults under the Note and Mortgage, Plaintiff PNC has been required to employ the undersigned law firm to collect the indebtedness due to Plaintiff under the Note and Mortgage and to institute and prosecute this action; for such employment, Plaintiff has agreed to pay its counsel a reasonable attorney's fee. All costs and reasonable attorney's fees incurred in attempting to collect the indebtedness due to Plaintiff on the Note are, under the terms of the Mortgage, secured by the lien of Plaintiff's Mortgage.

19. All conditions precedent to the maintenance of this action have been performed or have occurred.

WHEREFORE, Plaintiff, PNC, demands a determination of the sum due to it under the Note and Mortgage, and if the sum is not paid within the time set by this Court, that the

Property be sold to satisfy Plaintiff's claim, and the estate of Defendant, Bonta Farms, and all persons claiming under or against said Defendant since the filing of the Notice of Lis Pendens be found subordinate to Plaintiff's Mortgage lien and foreclosed and, if the proceeds of a foreclosure sale are insufficient to pay Plaintiff's claim, a deficiency judgment.

## COUNT II
### ACTION ON GUARANTY AGREEMENT
### (DONALD ARNOLD)

20. This is an action for damages in excess of $75,000 exclusive of interest, costs and reasonable attorney's fees.

21. The allegations of paragraphs 1 through 8 and 14 through 19 are realleged and incorporated by reference herein.

22. Defendant, Donald Arnold, executed and delivered to Community Bank of Naples a Guaranty dated December 17, 1997 and a subsequent Commercial Guaranty dated June 15, 2001 (collectively the "Guaranty"), a copy of the Guaranty is attached hereto as Composite Exhibit "E." The Guaranty unconditionally guarantees full payment to Plaintiff of all amounts due under the Note and Mortgage.

23. Plaintiff PNC, as successor-in-interest by merger to RBC, as successor-in-interest by merger to Community Bank of Naples, is the owner and holder of the Guaranty.

24. By virtue of his execution of the Guaranty, Donald Arnold is liable to Plaintiff for the sum found by this Court to be due to Plaintiff under the Note and Mortgage. Pursuant to the Guaranty, Donald Arnold is also liable to Plaintiff for all attorney's fees and costs Plaintiff incurs in attempting to collect the unpaid indebtedness due on the Note and Mortgage.

WHEREFORE, Plaintiff, PNC, demands judgment against Defendant Donald Arnold for the principal sum of $449,450.60, accrued and unpaid interest thereon, costs, reasonable attorney's fees and such other and further relief as is just and proper.

## COUNT III
## ACTION ON PROMISSORY NOTE

25. This is an action for damages in excess of $75,000 exclusive of interest, costs and reasonable attorney's fees.

26. The allegations of paragraphs 1 through 8 and 14 through 19 are realleged and incorporated by reference herein.

27. By virtue of its execution of the Note, Defendant Bonta Farms is personally liable for full payment of all amounts due to Plaintiff PNC under the Note and Mortgage.

WHEREFORE, Plaintiff, PNC, demands judgment against Defendant Bonta Farms for the principal sum of $449,450.60, accrued and unpaid interest thereon, costs, reasonable attorney's fees and such other and further relief as is just and proper.

Dated: September 11, 2013.                     Respectfully submitted,

By: /s/ M. Derek Harris
John R. Hart
Florida Bar No. 612553
E-mail: jhart@carltonfields.com
M. Derek Harris
Florida Bar No. 097071
E-mail: mharris@carltonfields.com
**CARLTON FIELDS, P.A.**
CityPlace Tower – Suite 1200
525 Okeechobee Boulevard
West Palm Beach, FL 33401
Telephone: (561) 659-7070
Facsimile: (561) 659-7368
Attorneys for Plaintiff, PNC BANK, National Association, as successor-in-interest to RBC BANK (USA), as successor-in-interest to COMMUNITY BANK OF NAPLES, N.A., a national banking association

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing filing was served via ECF on the following counsel this 11th day of September, 2013:

Lawrence E. Pecan, Esquire
Joe M. Grant, Esquire
Marshall Grant, PL
197 South Federal Highway, Suite 300
Boca Raton, FL 33432
lpecan@marshallgrant.com

*Counsel for Defendants*

By: /s/ M. Derek Harris
    M. Derek Harris
    Florida Bar No.: 097071